[No. 22008–0–I. Division One. January 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT WILLIAM BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04314–9, Charles V. Johnson, J., entered March 11, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Winsor and Forrest, JJ.

[No. 22908–7–I. Division One. January 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK DAVID MEMPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02155–1, Frank L. Sullivan, J., entered September 19, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.

[No. 23667–9–I. Division One. January 3, 1990.]

JIM WILSON, *Respondent,* v. JONATHAN CAMPBELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–01298–9, Byron L. Swedberg, J., entered January 6, 1989. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Webster, JJ.

[No. 23432–3–I. Division One. January 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR GIL GUEVARA, *Defendant,* JOHN M. MEUSBURGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02522–0, Jerome M. Johnson, J., entered November 16, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.